IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3027-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RUBEN DARIO NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel,

IT IS ORDERED that:

(1)  Defendant's motion to continue sentencing (filing 107) is granted.

(2)  Sentencing of Defendant Ruben Dario Nunez before the undersigned United States District Judge is hereby continued until 12:30 p.m. on Friday, December 15, 2006, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

October 13, 2006.          BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge