FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 JAN -4 PM 2: 17

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3027 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RUBEN DARIO NUNEZ, | ) | ORDER FOR ISSUANCE OF |
| | ) | BENCH WARRANT |
| Defendant. | ) | |

The defendant, RUBEN DARIO NUNEZ, willfully failed to appear at his sentencing hearing scheduled for January 4, 2007.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of RUBEN DARIO NUNEZ, commanding the arresting officer to bring him before the Court forthwith.

Dated this 4th day of January, 2007.

BY THE COURT:

_____
United States District Judge