IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3027-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RUBEN DARIO NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's sentencing is set on Wednesday, September 19, 2007, at 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, at the Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 13, 2007.                    BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge