IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RUBEN DARIO NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the motion to exonerate appearance bond (filing 215) is granted to the extent that the Clerk of Court is directed to refund the bond proceeds to Johnson and Mock Law Firm.

   Dated June 16, 2010.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge